UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANJEET SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PHEIFFER, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02393-JSW<br><br>**ORDER VACATING DISMISSAL AND JUDGMENT; REOPENING CASE; OF TRANSFER** |

This case was dismissed when the Court did not receive a complaint or IFP application from Plaintiff. Very soon thereafter, the Court received a complaint and IFP application. In light of Plaintiff's incarceration and pro se status, the delay is excused. The dismissal and judgment are VACATED, and the case is REOPENED.

Plaintiff complains about events that occurred at Kern Valley State Prison ("KVSP"), where the Defendants are located. KVSP is locates within the venue of the Eastern District of California. Accordingly, this case is TRANSFERRED to the Eastern District of California, which is the proper venue for this case. Ruling on Plaintiff's IFP motion is deferred to the Eastern District.

**IT IS SO ORDERED.**

Dated: November 2, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge