1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL MANJEET SINGH,                    Case No.  1:22-cv-01412-ADA-EPG (PC)

12                  Plaintiff,

13          v.                                 ORDER VACATING FINDINGS AND
                                               RECOMMENDATIONS AND DENYING
14   PHEIFFER, et al.,                         PLAINTIFF'S APPLICATION TO PROCEED
                                               *IN FORMA PAUPERIS* AS MOOT
15                  Defendants.
                                               (ECF Nos. 10, 24)
16

17

18          Plaintiff Michael Manjeet Singh ("Plaintiff") is a state prisoner proceeding *pro se* in this

19   civil rights action pursuant to 42 U.S.C. § 1983.

20          On May 27, 2022, Plaintiff filed the complaint commencing this action along with an

21   application to proceed *in forma pauperis* in the Northern District of California. (ECF Nos. 9, 10.)

22   The case was transferred to the Eastern District on November 2, 2022. (ECF No. 19). On

23   November 7, 2022, the Court entered findings and recommendations recommending that

24   Plaintiff's application to proceed *in forma pauperis* be denied. (ECF No. 24). On December 5,

25   2022, Plaintiff paid the filing fee in full.

26          In light of Plaintiff's payment of the filing fee, the Court will vacate the November 7,

27   2022 findings and recommendations and will deny Plaintiff's application to proceed *in forma*

28   *pauperis* as moot.

                                              1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Court's November 7, 2022 findings and recommendations (ECF No. 24) are

3        VACATED; and

4    2.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 10) is DENIED as

5        moot.

6

7    IT IS SO ORDERED.

8    Dated:  __December 19, 2022__          /s/ Erica P. Grosjean

9                                          UNITED STATES MAGISTRATE JUDGE

2