# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANJEET SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN PHEIFFER, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-01412-KES-EPG (PC)<br><br>**ORDER & WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM<br>FOR PLAINTIFF'S ATTENDANCE<br>AT SETTLEMENT CONFERENCE**<br><br>**WEDNESDAY, AUGUST 14, 2024, AT 10:00 AM** |

Michael Manjeet Singh, CDCR #T-22165, a necessary and material witness in a settlement conference in this case on **August 14, 2024,** is confined in Richard J. Donovan Correctional Facility (RJD), in the custody of the Warden. To secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson, by Zoom video conference from his place of confinement, on **Wednesday, August 14, 2024 at 10:00 a.m.**

## ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Richard J. Donovan Correctional Facility (RJD) at (619) 661-7862 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at NCannarozzi@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, CA 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Peterson at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 22, 2024**              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE



2