UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANJEET SINGH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN PHEIFFER, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01412-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF PROCEED ONLY ON HIS COGNIZABLE EIGHTH AMENDMENT AND STATE LAW CLAIMS AGAINST DEFENDANTS VEITH, FOWLER, AND DIAZ, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS<br><br>Docs. 9, 37 |

　　　　Michael Manjeet Singh ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case proceeds on Plaintiff's Eighth Amendment claims against Defendants Veith, Fowler, and Diaz for excessive force, failure to protect, and medical deliberate indifference, as well as Plaintiff's state law claims for negligent failure to protect and failure to summon medical care in violation of California Government Code §§ 845.6 and 844.  Docs. 9, 28, 37.

　　　　On October 11, 2023, the assigned magistrate judge issued findings and recommendations recommending that all other claims and defendants be dismissed.  Doc. 37.  The findings and

recommendations contained notice that any objections were to be filed within fourteen (14) days of service.  No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1) and Local Rule 302, this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Thus, the Court ORDERS:

1. The findings and recommendations issued October 11, 2023, are ADOPTED IN FULL;

2. All claims and defendants in this case are dismissed, except for Plaintiff's Eighth Amendment claim for excessive force against Defendants Veith and Fowler; Eighth Amendment claim for failure to protect against Defendants Veith, Fowler, and Diaz; Eighth Amendment claim for deliberate indifference to a serious medical need against Defendants Veith, Fowler, and Diaz; state law tort claim for negligent failure to protect against Defendants Veith, Fowler, and Diaz; and state law claim for failure to summon medical care in violation of California Government Code §§ 845.6 and 844 against Defendants Veith, Fowler, and Diaz; and

3. The Clerk of Court is directed to terminate Warden Pheiffer, Doe Captain of KVSP ASU-SHU-2, Doe Lieutenant of KVSP, and Doe Sergeant of KVSP as defendants.

IT IS SO ORDERED.

Dated:   November 25, 2024

UNITED STATES DISTRICT JUDGE

2