UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL MANJEET SINGH,

Plaintiff,

v.

PHEIFFER, et al.,

Defendants.

Case No.  1:22-cv-01412-KES-EPG (PC)

ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER

(ECF No. 113)

On May 21, 2026, Defendants filed a Motion to Modify Discovery and Scheduling Order (ECF No. 113), requesting the Court vacate the dispositive motion deadline currently set for May 24, 2026. Alternatively, Defendants request an extension of time until July 23, 2026, to file a dispositive motion.

The Court issued separate findings and recommendations to deny Defendants' motion to partially dismiss Plaintiff's state law claims and deny their motion for partial summary judgment. Defendants now argue that the district judge's rulings on the findings and recommendations will substantially affect which claims remain against them and need to be addressed in any upcoming dispositive motion. Defendants also note that they received a copy of Plaintiff's deposition transcript on April 29, 2026, and need additional time to review the transcript before they can complete any motion for summary judgment.

Upon consideration, the Court grants, in part, Defendants' motion to modify the scheduling order. The Court will extend the dispositive motion deadline until July 23, 2026.

1

However, Defendants' request to vacate the deadlines is denied.  The pending findings and recommendations recommend denial of the motion for partial dismissal and motion for partial summary judgment based on exhaustion. This case has been pending since 2022, and given the district's caseload, waiting for final orders from the district judge would result in undue delay in the case and prejudice Plaintiff.

Accordingly, Defendants' Motion to Modify Discovery and Scheduling Order (ECF No. 113) is GRANTED IN PART. The dispositive motion deadline is now July 23, 2026.

IT IS SO ORDERED.

Dated:   **May 26, 2026**                     /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2